# IN THE NINTH COURT OF APPEALS

## 09-23-00294-CV

## WOODSONS 1488 LLC AND WOODSONS GP, LLC

## V.

## COOPER COLLINS

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-08-10115-CV**

## JUDGMENT

Having considered this cause on appeal, THE NINTH COURT OF APPEALS concludes that the appeal should be dismissed. In accordance with the Court's opinion, IT IS THEREFORE ORDERED the appeal is dismissed. All costs of the appeal are assessed against the party that incurred them.

Per Curiam Opinion

January 11, 2024

**APPEAL DISMISSED**

**\*\*\*\*\*\*\*\*\*\***

Copies of this judgment and the Court's opinion are certified for observance.

Carly Latiolais
Clerk of the Court